IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03669-STV

XAVIER NICOLAS MANAURE ALVAREZ,

Petitioner,

v.

GEORGE VALDEZ; *et al*,

Respondents.

---

**ORDER TO SHOW CAUSE**

---

Chief Magistrate Judge Scott T. Varholak

An application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 has been filed by the Petitioner, challenging his detention at an immigration facility in Aurora, Colorado. Upon reading the application, good cause appears.

Accordingly, it is

**ORDERED** that Respondents show cause **within seven (7) days from the date of this Order** why the Application for a writ of habeas corpus should not be granted. It is

**FURTHER ORDERED** that **within fourteen (14) days of Respondents' answer to this Order to Show Cause**, Petitioner may file a reply. It is

**FURTHER ORDERED** that, pursuant to D.C.COLO.LCivR 72.2(d), the parties shall complete and file the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, available from the Court's website at www.cod.uscourts.gov, **on or before August 19, 2026.**

DATED: August 12, 2026

BY THE COURT:

s/Scott T. Varholak
Chief United States Magistrate Judge